IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-0101-PSF-OES

CONNIE DURALL,

    Plaintiff,

v.

GRALAND COUNTRY DAY SCHOOL,
LAURIE SALTZMAN, in her individual and official capacities,
MARYANNE MURPHY, in her individual and official capacities,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER having come before the Court on the parties' stipulation of dismissal of this action with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court, being fully advised in the premises, does hereby

ACCEPT the parties' stipulation and ORDER the DISMISSAL WITH PREJUDICE of plaintiff's complaint, each party to bear its own fees and costs.

DATED: August 15, 2005

                BY THE COURT:

                s/ Phillip S. Figa
                _____
                Phillip S. Figa
                United States District Judge